IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Crim. No. 01-22 Erie |
| BILLIE SHOWERS, TIMOTHY MICHAEL COX, BARBARA ANN ANDERSON | ) |
| Defendant. | ) |

## ORDER

AND NOW, to-wit, this 20th day of March, 2007, it is HEREBY ORDERED, ADJUDGED, and DECREED that the Order of Court dated March 14, 2007 (Doc. 90) be and hereby is VACATED.

Maurice B. Cohill, Jr.
Senior United States District Judge